POLLOCK v. DUNN. From Lenoir. *Ormond* for plaintiff

MEMORANDA OF CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

(appellee). Dismissed for want of proper certificate to appeal *in forma pauperis.*

NATIONAL BANK OF GOLDSBORO v. DUNN. From Lenoir. *Isler* for plaintiff (appellee). Dismissed for want of proper certificate to appeal *in forma pauperis.*